UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| IN RE: | UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND |
|---|---|
| JEFFREY P COOPER | |
| Debtor(s) | **CASE NO. BKY 05-35245 GFK** |

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Foley's in the amount of $21.53, were unclaimed.

| CREDITOR: | CLAIM NUMBER: | AMOUNT: |
|---|---|---|
| Foley's | 6 | $21.53 |
| PO Box 94508 | | |
| Cleveland, OH 44101 | | |

ACCOUNT NUMBER:
No Account Number Listed

**Jasmine Z. Keller, Trustee**

Dated: December 30, 2010

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee